IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brian Edwards,                                                       Case No. 3:22-cv-1057

            Plaintiff

v.                                                             Order

Lakeview Farms,

            Defendant

      On November 29, 2022, Magistrate Judge Darrell A. Clay conducted a mediation, which resulted in a settlement. Judge Clay ordered the parties to submit a joint entry dismissing the matter with prejudice within 30 days. Thirty days have elapsed, and no dismissal entry has been filed. Therefore, I now order the docket be marked "settled and dismissed without prejudice." Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of this action shall supersede this Order. The Court retains jurisdiction to vacate this Order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary. Alternatively, the Court retains jurisdiction to interpret or enforce, or both, the settlement agreement reached between the parties.

      So ordered.

                                                                                    s/ Jeffrey J. Helmick
                                                                                    United States District Judge